# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00247-RBJ-KMT | Date: | October 15, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

NANCY KASPRYZK,                              Matthew Osborne

   Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION,              Patrick Pugh

   Defendant.

## COURTROOM MINUTES

**Status Conference**

**11:28 a.m.      Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding dismissal of operative complaint [4].

Judge Jackson's Order [24] dismisses the operative complaint.  Plaintiff's pending Motion to Amend Complaint [25] is invalid since there is no longer an operative complaint.  The parties are going beyond what Judge Jackson says they can do.  Plaintiff has leave to file a complaint in compliance with Judge Jackson's order with respect to damages on one claim.  Once an operative complaint is filed, a motion to amend the complaint may be filed.

Discussion regarding deadlines, trial dates, and pending motions.  The trial date remains pending although the case is dismissed. Plaintiff's Motion to Compel Discovery [22] is no longer pending since the operative complaint has been dismissed.  Court advises parties to confer on any renewed motions to compel.

Mr. Osbourne states a potential motion to amend the complaint will request the addition of parties to the case.

**ORDERED:**   Plaintiff's Motion to Amend Complaint [25] is DENIED, with continued leave for Plaintiff to file a complaint that comports with Judge Jackson's Order [24], as discussed.

Discussion regarding extension of deadlines.

**ORDERED:**   **Deadlines are extended as follows, for reasons stated on record:**
**Discovery cut off –   April 15, 2014**
**Dispositive Motions –  May 15, 2014**
**Deadlines pertaining to experts will not be set as the parties don't believe they are required at this time.**

**ORDERED:**   **The Court RECOMMENDS the trial date currently set for January 21, 2014 and the Trial Preparation Conference currently set for January 8, 2014 be VACATED and a new trial date be considered, but not before July 2014.**

Court states its practice regarding discovery disputes.

**ORDERED:**   **Plaintiff is directed to file a complaint that comports with Judge Jackson's Order on or before October 25, 2013.  A motion to amend the complaint shall be filed on or before November 25, 2013.  The deadline to respond to the October 25, 2013 complaint is stayed pending further order of court.**

**11:46 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time    00:18

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.