IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00247-RBJ-KMT

NANCY KASPRYZK,

    Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is dismissed with prejudice in its entirety, each party to bear its own costs and attorneys' fees.

DATED this 7th day of May, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge